**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LASHANDA SEARCY,

    Plaintiff,

v.                                  Case No: 8:15-cv-2491-T-30MAP

ALCOVE ASSISTED LIVING
FACILITY, INC.,

    Defendant.
_____

**ORDER OF DISMISSAL**

Before the Court is the Stipulated Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(i) (Dkt. #12). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of February, 2016.

*[Signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record